# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137721 & (30)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KENOBES TRIPLETT,
        Defendant-Appellant.

SC: 137721
COA: 279969
Wayne CC: 06-014386-01

_____/

On order of the Court, the application for leave to appeal the September 30, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand to the trial court is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

Clerk

p0316